Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Robyn Joseph<br>1630 Martin L. King Jr. Blvd<br>New Orleans, LA, 70130<br>504-494-7397<br><br>_____<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br>-v-<br>Ericksen Krentel, LLP<br>4227 Canal Street<br>New Orleans, LA, 70119<br><br>_____<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. __25-2451__<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one) ☑Yes ☐No<br><br><br>SECT. I MAG. 2 |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robyn Joseph |
| Street Address | 1630 Martin L King Jr. Blvd |
| City and County | New Orleans LA, 70130 / Orleans |
| State and Zip Code | Louisiana , 70130 |
| Telephone Number | 504-494-7397 |
| E-mail Address | rjoseph3@uno.edu |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name — ERICKSON Kroetel LLP

    Job or Title *(if known)* — FiRm

    Street Address — 4227 Canal Street

    City and County — New Orleans / Orleaus

    State and Zip Code — Louisiana 70130

    Telephone Number — 504-486-7275

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Ericksen Krentel LLP |
| Street Address | 4227 Canal Street |
| City and County | New Orleans / Orleans |
| State and Zip Code | Louisiana 70119 |
| Telephone Number | (504) 486-7275 |

### II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Denial of training and exclusion from government work

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

The discriminatory acts began on April 13, 2025 and continued throughout my employment.

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.  Termination

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

See Separate pages

Page 4 of 6

① 

E I began my employment with Ericksen Krentel LLP on March 31, 2025. I was hired by partner Eric Powers and supervised by Senior Manager Mandy Solomon.

Since the beginning of my employment, I have been denied training and excluded from work assignments. I was hired to perform for the Orleans Parish Clerk of Court Civil District. A colleague Jean Aucoin, refused to train me as instructed by firm leadership and, after I reported her misconduct, I was continously excluded from Orleans Parish Clerk of Court Civil District assignments.

I was required to complete QuickBooks training even though I did not have QuickBook Clients. Similarly situated white coworker Sherry Brown, who had QuickBook clients, was not pressured to complete the training. I was excluded from Orleans Parish Clerk of Court Civil District assignments, while Sherry Brown was given assignments even though I was more qualified in Excel than Sherry Brown, who lacked basic

Continued

① 

E.... Knowledge of basic Excel functions such as creating pivot tables that are standard in the industry. Implementation of this standard significantly reduces Sherry Brown's and Jean Aucoin's billables over several days of public funding, that literally takes less than 10 minutes to generate the same results.

~~After~~ I filed a retaliation complaint against Manager Mandy Solomon, after she ~~R/Sending~~ sent an email instructing me to be more efficient despite having received praise from firm leadership including Solomon just days earlier, In contrast, Jean Aucoin who is white was allowed to operate with acknowledged inefficient processes without any directive or email to correct. Additionally, COO Lauren Fitch followed me on social media during this time, contributing to a hostile and retaliatory work environment. No other employee from the firm was within he follow list, at the time.

③

Continued

E ---

I believe I was subjected to discrimination based on my Race and Retaliation for Reporting Misconduct, in violation of Title VII of the Civil Rights Act of 1964.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   August 25, 2025

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*  9/08/2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. ~~Compensatory damages for lost wages, lost benefits~~

~~See separate pages~~

Plaintiff Requests Court costs, interest and any other Relief the Court Deems Proper and just not limited to the following:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

① Back Pay of $ 15,727 for lost wages from 8/29/25 to Dec 5, 2025. due to termination

② Front Pay/Lost Future Earnings: $161,441 (1-year) to $163,336 (2-year) for lost wages, raises, and career advancement, based on Prior Performance and merit increases.

③ Compensatory/Punitive Damages: Requests the maximum $100,000 allowed under Federal law, for emotional distress sickness caused by workplace conduct, humiliation, and punitive damages.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/05/25

Signature of Plaintiff    *Robyn Joseph*
Printed Name of Plaintiff    Robyn Joseph

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____